```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02181
   CLARENCE HARRIS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4084

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/08/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/11/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
CITIFINANCIAL            SECURED NOT I         .00            .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00            .00
PIERCE & ASSOC           NOTICE ONLY    NOT FILED             .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE         .00            .00            .00
VERONICA D JOYNER        DEBTOR ATTY      2,300.00                       2,290.26
TOM VAUGHN               TRUSTEE                                           169.74
DEBTOR REFUND            REFUND                                               .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  2,460.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,290.26
TRUSTEE COMPENSATION                              169.74
DEBTOR REFUND                                        .00
                         ---------------        ---------------
TOTALS                   2,460.00               2,460.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```